# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3408

_____

Luke Adler,                                  *

                     *

             Appellant,                  *

                     *     Appeal from the United States

        v.                      *     District Court for the

                     *     Eastern District of Missouri.

Janet Reno, et al,                   *

                     *        [UNPUBLISHED]

            Appellee.               *

_____

Submitted: May 11, 2000

Filed: June 5, 2000

_____

Before BOWMAN, FLOYD R. GIBSON, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Luke Adler appeals from the district court's[1] adverse grant of summary judgment on his religion-based employment discrimination claims against the United States Marshal's Service. After de novo review of the record, see Bailey v. United States Postal Service, 208 F.3d 652, 654 (8th Cir. 2000), we conclude that summary judgment was proper. Because a comprehensive opinion would add nothing of substance to the

_____

[1] The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas, sitting by designation in the Eastern District of Missouri.

district court's thorough and well-reasoned Memorandum, we affirm without discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.